# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN SADIK,      )
           )
   Petitioner,    )
           )  2:19-cv-00139
  vs.       )
           )
SUPERINTENDENT ERIC TICE, et al., )
           )
   Respondents.   )

## <u>MEMORANDUM OPINION</u>

Shawn Sadik ("Sadik" or "Petitioner"), proceeding pro se, has filed a Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") pursuant to 28 U.S.C. § 2254, challenging his convictions for third degree murder, robbery, and criminal conspiracy. The case was referred to United States Magistrate Judge Patricia L. Dodge for a report and recommendation in accordance with 28 U.S.C. § 636(b)(1) and Local Rule of Civil Procedure 72.

On January 28, 2022, Magistrate Judge Dodge issued a Report (ECF No. 26) recommending that the Petition be denied as the claims raised in the Petition were without merit. Sadik was served with the Report and Recommendation at his listed address of record and was advised that he had until February 11, 2022, to file written objections to the Report and Recommendation. To date, Sadik has not filed any objections nor has he sought an extension of time in which to do so.[1]

The Court has reviewed the matter and concludes that the Report and Recommendation correctly analyzes the issues and makes a sound recommendation. Accordingly, after *de novo*

---

[1] If a party does not file timely objections to a magistrate judge's report and recommendation, the party may lose its right to *de novo* review by the district court, although the court must still give "reasoned consideration" o the magistrate judge's report before adopting it. *Henderson v. Carlson*, 812 F.2d 874, 878-79 (3d Cir. 1987).

review of the pleadings and documents in this case, together with the report and recommendation, the report and recommendation will be adopted; the petition will be denied; and a certificate of appealability will not issue as reasonable jurists would not find it debatable that each of Sadik's claims is without merit.  An appropriate Order follows.

March 9, 2022

_____

Mark R. Hornak
Chief United States District Judge

cc:  All counsel of record
     Shawn Sadik (via U.S. Regular Mail)