# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN SADIK, | ) |
| Petitioner, | ) |
| vs. | ) 2:19-cv-00139 |
| SUPERINTENDENT ERIC TICE, et al., | ) |
| Respondents. | ) |

## ORDER

**AND NOW**, this 9th day of March 2022, for the reasons set forth in the accompanying Memorandum Opinion, the Petition for Writ of Habeas Corpus is **DENIED**. A certificate of appealability is likewise **DENIED**.

The Report and Recommendation filed on January 28, 2022 (ECF No. 18) is **ADOPTED** as the Opinion of the Court.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

_____
Mark R. Hornak
Chief United States District Judge

cc: All counsel of record
    Shawn Sadik (via U.S. Regular Mail)